UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATIONAL PARKS
CONSERVATION ASSOCIATION
and JOHN ADORNATO, III ,

     Plaintiffs,

V.                                  Case No:  2:11-CV-578-FtM-29SPC

UNITED STATES DEPARTMENT
OF INTERIOR, NATIONAL PARK
SERVICE and UNITED STATES
FISH AND WILDLIFE SERVICE

     Defendants.

_____/

## ORDER

This matter comes before the Court on Joint Motion for Entry of Scheduling Order (Doc. #58) filed on March 14, 2012.  Upon review of the Motion and the docket, the Court finds good cause to grant the Motion.

Accordingly, it is now

**ORDERED:**

Joint Motion for Entry of Scheduling Order (Doc. #58) is **GRANTED** as set forth below.

The following deadlines shall apply:

| | |
|---|---|
| Federal Defendants lodge the Administrative Record and a compact disc containing the Administrative Record. | March 30, 2012 |

1

| | |
|---|---|
| NPCA Plaintiffs file Motion for Summary Judgment as to Eighth Claim[1] with an appendix containing excerpts of the Administrative Record upon which it relies. | May 1, 2012 |
| Federal Defendants and Defendant-Intervenor each file combined Opposition/Cross Motion for summary judgment on NPCA Plaintiffs' Eighth Claim with an appendix containing excerpts of the Administrative Record upon which it relies, if not previously filed. | June 1, 2012 |
| NPCA Plaintiffs file combined Opposition/Reply as to Eighth Claim with an appendix containing excerpts of the Administrative Record upon which it relies, if not previously filed. | June 22, 2012 |
| Plaintiffs each file Motion for Summary Judgment as to all other claims with an appendix containing excerpts of the Administrative Record upon which it relies, if not previously filed. | June 29, 2012 |
| Federal Defendants and Defendant-Intervenor each file Reply on NPCA Plaintiffs' Eighth Claim | July 6, 2012 |
| Federal Defendants and Defendant-Intervenor each file combined Oppositions/Cross Motions for Summary Judgment on all other claims with an appendix containing excerpts of the Administrative Record upon which it relies, if not previously filed. | July 30, 2012 |
| Plaintiffs each file combined Opposition/Reply as to all other claims with an appendix | August 30, 2012 |

---

[1] Currently pending before the Court is Federal Defendants' Partial Motion to Dismiss Plaintiffs' Eighth Claim for Relief (Doc. #18). If an order is entered by the Court granting the Motion to Dismiss, the deadlines associated with the Eighth Claim would be moot.

| | |
|---|---|
| containing excerpts of the Administrative Record upon which it relies, if not previously filed. | |
| Federal Defendants and Defendant-Intervenor each file Reply as to all other claims | September 28, 2012 |

If this schedule is found to be inappropriate at any time, the Parties may file a Joint Motion for an Amended Scheduling Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 30th Day of March, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record