# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
United States Courthouse
2110 First Street, Room 2-194
Fort Myers, Florida 33901

Sheryl L. Loesch
Clerk

Drew Heathcoat
Fort Myers Deputy-In-Charge

**DATE:** November 26, 2014

**TO:**   Clerk, U.S. Court of Appeals for the Eleventh Circuit

NATIONAL PARKS CONSERVATION
ASSOCIATION and JOHN ADORNATO, III ,
          Plaintiffs,

v.                                                    Case No:  2:11-CV-578-FtM-29CM

UNITED STATES DEPARTMENT OF INTERIOR,
NATIONAL PARK SERVICE and UNITED STATES
FISH AND WILDLIFE SERVICE,

          Defendants.

## U.S.C.A. Case No.:

- Honorable John E. Steele, United States District Judge appealed from.

- Appeal filing fee was paid.

- Copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was not
  entered orally.

- Court Reporter:  Jeffrey G. Thomas,  Official Court Reporter

SHERYL L. LOESCH, CLERK

By:     s/SPastula, Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

|  |  |
|---|---|
| NATIONAL PARKS CONSERVATION ASSOCIATION, and JOHN ADORNATO III, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 2:11-cv-00578-JES-CM |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.* | ) ) ) |
| Defendants. | ) ) |
| PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY, *et* *al.* | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) |
| SALLY JEWELL, *et al.* | ) Case No. 2:11-cv-00647-JES-CM ) |
| Defendants. | ) ) |

**NOTICE OF APPEAL**

Plaintiffs National Parks Conservation Association and John Adornato III ("NPCA

Plaintiffs") hereby appeal to the United States Court of Appeals for the Eleventh Circuit the

September 25, 2014, judgment and the September 19, 2014 opinion in Case No. 2:11-cv-00578

(D.E. ##187, 188).

By order dated January 12, 2012, Case Nos. 2:11-cv-00647 and 2:11-cv-00578 were

consolidated. On October 17, 2014, Plaintiffs in *Public Employees for Environmental*

*Responsibility, et al., v. Salazar, et al.*, No. 2:11-cv-00647 moved this Court under Federal Rule of Civil Procedure 59(e) to reconsider the Court's September 25, 2014, judgment and its September 19, 2014, opinion. Federal Rule of Appellate Procedure 4(a)(4)(A)(iv) provides that the time to appeal for any party runs from the entry of the order disposing of a Rule 59(e) motion.

However, NPCA Plaintiffs file this notice of appeal at this time out of an abundance of caution. *See* Federal Rule of Appellate Procedure 4(a)(4)(B)(i) (if appeal notice is filed prematurely, it is treated as effective when court disposes of Rule 59 motion).

November 17, 2014

<div style="margin-left:40%">

Respectfully Submitted,

*/s/ Robert D. Rosenbaum*
Robert D. Rosenbaum (*pro hac vice*)
ARNOLD AND PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Phone: (202) 942-5862
Fax (202) 942-5999
robert.rosenbaum@aporter.com
Counsel for NPCA Plaintiffs

</div>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the November 17, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notice of Electronic Filing generated by CM/ECF.

/s/Robert D. Rosenbaum
Robert D. Rosenbaum
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC  20004
(202) 942-5862
fax (202) 942-5999
robert.rosenbaum@aporter.com

APPEAL, CLOSED, LEAD

# U.S. District Court
## Middle District of Florida (Ft. Myers)
## CIVIL DOCKET FOR CASE #: 2:11-cv-00578-JES-CM
### Internal Use Only

| | |
|---|---|
| National Parks Conservation Association et al v. United States Department of Interior et al<br>Assigned to: Judge John E. Steele<br>Referred to: Magistrate Judge Carol Mirando<br>Cause: 05:0702 Administrative Procedure Act | Date Filed: 10/12/2011<br>Date Terminated: 09/25/2014<br>Jury Demand: None<br>Nature of Suit: 890 Other Statutory Actions<br>Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**National Parks Conservation Association**

represented by **Marcy LaHart**
Marcy I. LaHart, PA
4804 SW 45th St
Gainesville, FL 32608
352-224-5699
Fax: 888-4001464
Email: marcy@floridaanimallawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rosenbaum**
555 Twelfth St. NW
Washington, DC 20004
202/942-5862
Fax: 202/942-5999
Email: robert.rosenbaum@aporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Adornato, III**

represented by **Marcy LaHart**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert D. Rosenbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Public Employees for Environmental Responsibility**

represented by **Eric R. Glitzenstein**
Meyer & Glitzenstein
Suite 700
1601 Connecticut Ave. NW
Washington, DC 20009-1035
202/588-5206
Fax: 202/588-5049
Email: eglitzenstein@meyerglitz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew P. Farmer**
Farmer & Fitzgerald, PA
Suite 501
102 W Whiting St
Tampa, FL 33602
813/228-0095
Fax: 813-224-0269
Email: mattfarmer1@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dinerstein**
Public Employees for Environmental Responsibility
2000 P Street NW
Suite 240
Washington, DC 20036
202/265-7337
Fax: 202/265-4192
Email: pdinerstein@peer.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William S. Eubanks , II**
Meyer Glitzenstein & Crystal
1601 Connecticut Avenue NE Suite 700
Washington, DC 20009
202/5885206
Fax: 202/5885049
Email: beubanks@meyerglitz.com
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Consol Plaintiff**

**Florida Biodiversity Project**                    represented by   **Eric R. Glitzenstein**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Matthew P. Farmer**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Paula Dinerstein**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **William S. Eubanks , II**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sierra Club**                                     represented by   **Eric R. Glitzenstein**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Matthew P. Farmer**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Paula Dinerstein**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **William S. Eubanks , II**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**South Florida Wildlands Association**            represented by **Eric R. Glitzenstein**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Matthew P. Farmer**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Paula Dinerstein**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William S. Eubanks , II**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Wilderness Watch**                               represented by **Eric R. Glitzenstein**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Matthew P. Farmer**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Paula Dinerstein**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **William S. Eubanks , II**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Brian Scherf**                                   represented by **Eric R. Glitzenstein**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Matthew P. Farmer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula Dinerstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William S. Eubanks , II**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Department of Interior**              represented by **Mark Arthur Brown**
US Department of Justice - ENRD
PO Box 7369
Washington, DC 20044-7369
202/305-0204
Fax: 202/305-0275
Email: mark.brown@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara Porsia**
Natural Resources Section, U.S. Dept. of
Justice
Ben Franklin Station
Washington, DC 20044-0663
Email: sara.porsia@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Scott Cohen**
US Attorney's Office - FLM
Room 3-137
2110 First Street
Ft Myers, FL 33901
239/461-2200

Email: Kyle.Cohen@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Park Service**                represented by   **Mark Arthur Brown**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sara Porsia**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kyle Scott Cohen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**United States Fish and Wildlife**      represented by   **Mark Arthur Brown**
**Service**                                               (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sara Porsia**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kyle Scott Cohen**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

V.

**Consol Defendant**

**Kenneth Salazar**                      represented by   **Mark Arthur Brown**
*Secretary, U.S. Department of the*                       (See above for address)
*Interior*                                                *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Sara Porsia**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Jonathan B. Jarvis**                    represented by    **Mark Arthur Brown**
*Director, National Park Service*                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Sara Porsia**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Daniel M. Ashe**                       represented by    **Mark Arthur Brown**
*Director, U.S. Fish & Wildlife Service*                    (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Sara Porsia**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Safari Club International**             represented by    **Anna M. Seidman**
                                                           501 2nd St. N.E.
                                                           Washington, DC 20002
                                                           Email: aseidman@safariclub.org
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Douglas S. Burdin**
                                                           Birch, Horton, Bittner and Cherot, P.C.
                                                           1155 Connecticut Ave. N.W.
                                                           Suite 1200
                                                           Washington, DC 20036
                                                           202/659-5800
                                                           Email: dburdin@safariclub.org
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Eric M. Sodhi**
                                                           Richman Greer, PA
                                                           North Tower - 14th Floor

396 Alhambra Circle
Miami, FL 33134
305/373-4018
Fax: 305/373-4099
Email: esodhi@richmangreer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Florida Wildlife Federation**           represented by   **Thomas W. Reese**
Law Office of Thomas W. Reese
2951 - 61st Ave S
St Petersburg, FL 33712-4539
727/867-8228
Email: TWReeseEsq@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**Florida Fish and Wildlife**           represented by   **Jonathan Alan Glogau**
**Conservation Commission**
Office of the Attorney General
PL-01 - The Capitol
400 S Monroe St
Tallahassee, FL 32399-1050
850/414-3300
Fax: 850/414-9650
Email: jon.glogau@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/12/2011 | 1 | COMPLAINT for review of agency actions under administrative procedure act and for an injunction against National Park Service, United States Department of Interior, United States Fish and Wildlife Service (Filing fee $ 350 receipt number FTM001988) filed by National Parks Conservation Association, John Adornato, III.(SPB) (Entered: 10/12/2011) |
| 10/12/2011 | 2 | MOTION for Robert D. Rosenbaum to appear pro hac vice by John Adornato, III, National Parks Conservation Association. (SPB) Motions referred to Magistrate Judge Sheri Polster Chappell. (Entered: 10/12/2011) |
| 10/12/2011 | 3 | STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Divisional Judges on 12/7/09. (SPB) (Entered: 10/12/2011) |

| 10/14/2011 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Robert Rosenbaum appearing on behalf of John Adornato, III, National Parks Conservation Association (Filing fee $10.00 receipt number FTM001989.) Related document: 2 MOTION for Robert D. Rosenbaum to appear pro hac vice (BJH) (Entered: 10/14/2011) |
|---|---|---|
| 10/14/2011 | 4 | ORDER denying without prejudice 2 The Motion to Admit Robert D. Rosenbaum Pro Hac Vice. Counsel is permitted to re-file the motion with the proper attachments. Signed by Magistrate Judge Sheri Polster Chappell on 10/14/2011. (LMH) (Entered: 10/14/2011) |
| 10/19/2011 | 5 | NOTICE of Appearance by Mark Arthur Brown on behalf of National Park Service, United States Department of Interior, United States Fish and Wildlife Service (Brown, Mark) (Entered: 10/19/2011) |
| 10/20/2011 | 6 | NOTICE of Appearance by Sara Porsia on behalf of National Park Service, United States Department of Interior, United States Fish and Wildlife Service (Porsia, Sara) (Entered: 10/20/2011) |
| 10/25/2011 | 7 | Amended MOTION for Robert D. Rosenbaum to appear pro hac vice by All Plaintiffs. (Attachments: # 1 Supplement Special Admission Attorney Certification)(LaHart, Marcy) Motions referred to Magistrate Judge Sheri Polster Chappell. (Entered: 10/25/2011) |
| 10/27/2011 | 8 | ORDER granting 7 the Motion to Appear Pro Hac Vice. Robert D. Rosenbaum, Esq., of the law firm Arnold & Porter, LLC of Washington DC, shall be admitted pro hac vice. Marcy I. LaHart, Esq.,, 4804 SW 45th Street, Gainsville, Florida 32608 shall be designated local Counsel in this matter. Signed by Magistrate Judge Sheri Polster Chappell on 10/27/2011. (LMH) (Entered: 10/27/2011) |
| 11/03/2011 | 9 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 11/17/2011. Signed by All Divisional Judges on 11/3/2011. (LMH) (Entered: 11/03/2011) |
| 11/03/2011 | 10 | INTERESTED PERSONS ORDER. Certificate of interested persons and corporate disclosure statement due by 11/17/2011. Signed by All Divisional Judges on 11/3/2011. (LMH) (Entered: 11/03/2011) |
| 11/07/2011 | 11 | NOTICE by National Parks Conservation Association *of Pendency of Other Actions* (Rosenbaum, Robert) (Entered: 11/07/2011) |
| 11/10/2011 | 12 | CERTIFICATE of interested persons and corporate disclosure statement re 10 Interested persons order by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 11/10/2011) |
| 11/17/2011 | 13 | NOTICE of pendency of related cases re 9 Related case order and notice of designation of track 2 per Local Rule 1.04(d) by National Park Service, |

| | | United States Department of Interior, United States Fish and Wildlife Service. Related case(s): yes (Brown, Mark) (Entered: 11/17/2011) |
|---|---|---|
| 11/17/2011 | 14 | CERTIFICATE of interested persons and corporate disclosure statement re 10 Interested persons order by National Park Service, United States Department of Interior, United States Fish and Wildlife Service. (Brown, Mark) (Entered: 11/17/2011) |
| 12/01/2011 | 15 | PROOF of service by National Parks Conservation Association (Rosenbaum, Robert) (Entered: 12/01/2011) |
| 12/08/2011 | 16 | Joint MOTION for extension of time to file document *Case Management Report* by All Plaintiffs. (Rosenbaum, Robert) (Entered: 12/08/2011) |
| 12/08/2011 | 17 | ENDORSED ORDER granting 16 Joint Motion for Extension of Time to Confer and to File Case Management Report. For good cause shown and because the Motion is unopposed, the Parties shall have up to and including January 20, 2012 to file a Case Management Report. The date for the Parties to meet concerning such a Report is extended to January 6, 2012. Signed by Magistrate Judge Sheri Polster Chappell on 12/8/2011. (BLW) (Entered: 12/08/2011) |
| 12/15/2011 | 18 | MOTION to dismiss Eighth Claim For Relief by National Park Service, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Exhibit 1-Wisner)(Cohen, Kyle) (Entered: 12/15/2011) |
| 12/19/2011 | 19 | *Partial* ANSWER and affirmative defenses to 1 Complaint by National Park Service, United States Department of Interior, United States Fish and Wildlife Service.(Porsia, Sara) (Entered: 12/19/2011) |
| 12/20/2011 | 20 | MOTION to extend time to January 25, 2012 *to respond to partial motion to dismiss* by All Plaintiffs. (Rosenbaum, Robert) (Entered: 12/20/2011) |
| 12/20/2011 | 21 | ENDORSED ORDER granting 20 Unopposed Motion for Extension of Time in Which to Respond to Federal Defendants' Partial Motion to Dismiss Plaintiffs' Eighth Claim for Relief. For good cause shown and because the Motion is unopposed, Plaintiff shall have up to and including January 25, 2012 to file their response to the Federal Defendants' Partial Motion to Dismiss. Signed by Magistrate Judge Sheri Polster Chappell on 12/20/2011. (BLW) (Entered: 12/20/2011) |
| 01/05/2012 | 22 | MOTION for miscellaneous relief, specifically redesignate track *to track one* by All Plaintiffs. (Rosenbaum, Robert) (Entered: 01/05/2012) |
| 01/05/2012 | 23 | Unopposed MOTION for miscellaneous relief, specifically to Redesignate Pending Case as "Track One" Case by National Park Service, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 01/05/2012) |

| 01/05/2012 | 24 | ORDER granting 22 Motion to redesignate as Track One; granting 23 Motion to redesignate pending case as Track One. The Clerk shall re-designate this case as a Track One and issue a Track One Notice. The case shall proceed as a Track One with regard to the seven claims without prejudice to the pending motion to dismiss or plaintiffs seeking discovery on the eighth claim if deemed appropriate. Signed by Judge John E. Steele on 1/5/2012. (RKR) (Entered: 01/05/2012) |
|---|---|---|
| 01/06/2012 | 25 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 1. Notice of pendency of other actions due by 1/20/2012. Signed by All Divisional Judges on 1/6/2012. (LMH) (Entered: 01/06/2012) |
| 01/12/2012 | 26 | Unopposed MOTION to consolidate cases by National Park Service, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Text of Proposed Order)(Porsia, Sara) (Entered: 01/12/2012) |
| 01/12/2012 | 27 | ORDER granting 26 Motion to consolidate cases and the parties shall use the caption in the Order for all future filings, which shall only be made in this case (the lead case). The Clerk shall add a notation on the docket to reflect the member case. Signed by Judge John E. Steele on 1/12/2012. (RKR) (Entered: 01/12/2012) |
| 01/17/2012 | 28 | ANSWER and affirmative defenses to Complaint *filed by Public Employees for Environmental Responsibility et al.* by National Park Service, United States Department of Interior, United States Fish and Wildlife Service.(Porsia, Sara) Modified on 1/18/2012, Counsel notified, incorrect PDF, attached, and refiled 29 (SPB). (Entered: 01/17/2012) |
| 01/17/2012 | 29 | ANSWER and affirmative defenses to Complaint *filed by Public Employees for Environmental Responsibility et al.* by National Park Service, United States Department of Interior, United States Fish and Wildlife Service.(Porsia, Sara) (Entered: 01/17/2012) |
| 01/18/2012 | 30 | MOTION to intervene by Safari Club International. (Attachments: # 1 Exhibit A. Declaration of Rew R. Goodenow, # 2 Exhibit B. Declaration of Richard Gotshall, # 3 Exhibit C. Declaration of David O. Charland, # 4 Exhibit D. Declaration of David Holmes Severns III, # 5 Exhibit E. Declaration of Luther Jack Moller, # 6 Exhibit F. Declaration of Dennis L. Wilson, # 7 Exhibit G. Declaration of Jules E. Mazzarantani, # 8 Exhibit H. Declaration of Frank F. Denninger, # 9 Exhibit I, Safari Club International's Comments re. Addition Lands)(Sodhi, Eric) Motions referred to Magistrate Judge Sheri Polster Chappell. (Entered: 01/18/2012) |
| 01/18/2012 | 31 | *Proposed* ANSWER and affirmative defenses to 1 Complaint *by National Parks Conservation Association and John Adornato III* by Safari Club International.(Sodhi, Eric) (Entered: 01/18/2012) |

| 01/18/2012 | 32 | *Proposed* ANSWER and affirmative defenses to Complaint *of Public Employees for Environmental Responsibility; Florida Biodiversity Project; Sierra Club; South Florida Wildlands Association; Wilderness Watch; and Brian Scherf* by Safari Club International.(Sodhi, Eric) (Entered: 01/18/2012) |
| --- | --- | --- |
| 01/18/2012 | 33 | CERTIFICATE of Counsel re 30 MOTION to intervene by Eric M. Sodhi on behalf of Safari Club International (Sodhi, Eric) (Entered: 01/18/2012) |
| 01/18/2012 | 34 | CERTIFICATE of interested persons and corporate disclosure statement re 10 Interested persons order by Safari Club International. (Sodhi, Eric) (Entered: 01/18/2012) |
| 01/20/2012 | 35 | Unopposed MOTION for leave to file excess pages *in opposition to Defendants' partial motion to dismiss* by All Plaintiffs. (Rosenbaum, Robert) (Entered: 01/20/2012) |
| 01/23/2012 | 36 | ENDORSED ORDER granting 35 Unopposed Motion for Leave to File 24-Page Opposition to Motion to Dismiss. For good cause shown, and because there are multiple theories upon which Defendants ask the Court to dismiss Plaintiff's claim, the Plaintiffs shall be allowed to file a 24-page response to the Federal Defendants' Partial Motion to Dismiss. Signed by Magistrate Judge Sheri Polster Chappell on 1/23/2012. (Chappell, Sheri) (Entered: 01/23/2012) |
| 01/24/2012 | 37 | RESPONSE in opposition re 18 MOTION to dismiss Eighth Claim For Relief filed by John Adornato, III. (Rosenbaum, Robert) (Entered: 01/24/2012) |
| 01/24/2012 | 38 | RESPONSE in opposition re 18 MOTION to dismiss Eighth Claim For Relief *(Amended version)* filed by John Adornato, III. (Rosenbaum, Robert) (Entered: 01/24/2012) |
| 01/31/2012 | 39 | MOTION for Douglas S. Burdin to appear pro hac vice by Safari Club International. (Sodhi, Eric) Motions referred to Magistrate Judge Sheri Polster Chappell. (Entered: 01/31/2012) |
| 01/31/2012 | 40 | MOTION for Anna M. Seidman to appear pro hac vice by Safari Club International. (Sodhi, Eric) Motions referred to Magistrate Judge Sheri Polster Chappell. (Entered: 01/31/2012) |
| 02/01/2012 | 41 | RESPONSE in opposition re 30 MOTION to intervene filed by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 02/01/2012) |
| 02/01/2012 | 42 | RESPONSE to motion re 30 MOTION to intervene filed by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Eubanks, William) (Entered: 02/01/2012) |

| 02/01/2012 | 43 | RESPONSE to motion re 30 MOTION to intervene filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 02/01/2012) |
| --- | --- | --- |
| 02/01/2012 | 44 | ORDER granting 39 Defendant-Intervenor Applicant Safari Club Internationals Motion for Special Admission of Douglas S. Burdin Including Written Designation and Consent to Act. Douglas S. Burdin, Esq., of the Safari Club International, 501 2nd Street NE, Washington, D.C. 20002, shall be admitted pro hac vice on behalf of the Defendant-Intervenor Applicant Safari Club International. Eric Sodhi of Richman Greer P.A., Miami Center, Suite 1000, 201 South Biscayne Blvd., Miami, Florida 33131, shall be designated local Counsel in this matter.. Signed by Magistrate Judge Sheri Polster Chappell on 2/1/2012. (LMH) (Entered: 02/01/2012) |
| 02/01/2012 | 45 | ORDER granting 40 Defendant-Intervenor Applicant Safari Club Internationals Motion for Special Admission of Anna M. Seidman Including Written Designation and Consent to Act. Anna M. Seidman, Esq., of the Safari Club International, 501 2nd Street NE, Washington, D.C. 20002, shall be admitted pro hac vice on behalf of the Defendant-Intervenor Applicant Safari Club International. Eric Sodhi of Richman Greer P.A., Miami Center, Suite 1000, 201 South Biscayne Blvd., Miami, Florida 33131, shall be designated local Counsel in this matter. Signed by Magistrate Judge Sheri Polster Chappell on 2/1/2012. (LMH) (Entered: 02/01/2012) |
| 02/03/2012 | 46 | MOTION for leave to file reply *memorandum in support of partial motion to dismiss Plaintiffs' eighth claim for relief* by All Defendants. (Cohen, Kyle) (Entered: 02/03/2012) |
| 02/03/2012 | 47 | ENDORSED ORDER granting 46 Federal Defendants' Unopposed Motion to File Reply Memorandum in Support of Partial Motion to Dismiss Plaintiff's Eighth Claim for Relief. For good cause shown and because the Motion is unopposed, the Federal Defendants may file a reply brief of no more than 10 pages on or before February 17, 2012. Signed by Magistrate Judge Sheri Polster Chappell on 2/3/2012. (BLW) (Entered: 02/03/2012) |
| 02/06/2012 | 48 | ORDER granting 30 Safari Club Internationals Motion to Intervene. The Safari Club International is admitted to the case as a party Defendant and shall have up to and including February 27, 2012 to file its Answer or otherwise plead. Signed by Magistrate Judge Sheri Polster Chappell on 2/6/2012. (LMH) (Entered: 02/06/2012) |
| 02/06/2012 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Douglas Burdin and Anna Seidman appearing on behalf of Safari Club International (Filing fee $20.00 receipt number FTM2444.) Related document: 40 MOTION for Anna M. Seidman |

| | | to appear pro hac vice, <u>39</u> MOTION for Douglas S. Burdin to appear pro hac vice (BJH) (Entered: 02/06/2012) |
|---|---|---|
| 02/17/2012 | <u>49</u> | REPLY to response to motion re <u>18</u> MOTION to dismiss Eighth Claim For Relief filed by National Park Service, United States Department of Interior, United States Fish and Wildlife Service. (Cohen, Kyle) (Entered: 02/17/2012) |
| 02/22/2012 | <u>50</u> | Unopposed MOTION for leave to file leave to file surreply *in opposition to motion to dismiss* by National Parks Conservation Association, and John Adornato III. (Rosenbaum, Robert) Modified on 2/23/2012, to add filers (SPB). (Entered: 02/22/2012) |
| 02/27/2012 | <u>51</u> | ANSWER and affirmative defenses to <u>1</u> Complaint *of National Parks Conservation Association* by Safari Club International.(Seidman, Anna) (Entered: 02/27/2012) |
| 02/27/2012 | <u>52</u> | ANSWER and affirmative defenses to Complaint *of Public Employees for Environmental Responsibility* by Safari Club International.(Seidman, Anna) (Entered: 02/27/2012) |
| 02/28/2012 | 53 | ENDORSED ORDER granting <u>50</u> UNOPPOSED MOTION OF PLAINTIFFS NATIONAL PARKSCONSERVATION ASSOCIATION AND JOHN ADORNATO III FOR LEAVETO FILE SURREPLY IN OPPOSITION TO FEDERAL DEFENDANTSMOTION TO DISMISS EIGHTH CLAIM. For good cause shown and because the Motion is unopposed, the Plaintiffs shall have up to and including March 6, 2012 to file a 5-page surreply. Signed by Magistrate Judge Sheri Polster Chappell on 2/28/2012. (BLW) (Entered: 02/28/2012) |
| 02/29/2012 | <u>54</u> | MEMORANDUM in opposition re 53 Order on motion for leave to file, <u>18</u> Motion to dismiss, <u>38</u> Response in opposition to motion, <u>49</u> Reply to response to motion *Surreply Opposing Motion to Dismiss Eighth Claim* filed by John Adornato, III. (Rosenbaum, Robert) (Entered: 02/29/2012) |
| 03/09/2012 | <u>55</u> | MOTION to intervene by Florida Wildlife Federation. (Reese, Thomas) Motions referred to Magistrate Judge Sheri Polster Chappell. (Entered: 03/09/2012) |
| 03/13/2012 | <u>56</u> | RESPONSE in opposition re <u>55</u> MOTION to intervene *by Florida Wildlife Federation* filed by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 03/13/2012) |
| 03/13/2012 | <u>57</u> | RESPONSE to motion re <u>55</u> MOTION to intervene filed by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Eubanks, William) (Entered: 03/13/2012) |
| 03/14/2012 | <u>58</u> | Joint MOTION for entry of a Case Management Scheduling Order/Case Management Report by Sierra Club, Florida Biodiversity Project, Public |

|  |  | Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Eubanks, William) (Entered: 03/14/2012) |
|---|---|---|
| 03/20/2012 | 59 | RESPONSE to motion re 55 MOTION to intervene filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 03/20/2012) |
| 03/21/2012 | 60 | NOTICE by Florida Wildlife Federation *of Filing Statement of Manley K. Fuller, III* (Attachments: # 1 Affidavit Statement of Manley K. Fuller, III in Support of FWF Motion to Intervene re 55 motion (Reese, Thomas) Modified on 3/22/2012 to edit docket text (drn). (Entered: 03/21/2012) |
| 03/29/2012 | 61 | ORDER granting 55 Florida Wildlife Federation's Motion to Intervene. The Florida Wildlife Federation is admitted to this case as a party Defendant and shall have up to and including April 13, 2012 to file its Answer or otherwise plead. Signed by Magistrate Judge Sheri Polster Chappell on 3/29/2012. (LMH) (Entered: 03/29/2012) |
| 03/29/2012 | 62 | NOTICE by National Park Service, United States Department of Interior, United States Fish and Wildlife Service *(Notice of Filing Index to Administrative Record)* (Attachments: # 1 Exhibit Ex. 1-Certified Index and Privilege Log to Administrative Record)(Brown, Mark) (Entered: 03/29/2012) |
| 03/29/2012 | 63 | NOTICE by National Park Service, United States Department of Interior, United States Fish and Wildlife Service re 62 Notice (Other)Notice (Other) *(Notice of Conventional Filing of Administrative Record)* (Brown, Mark) Modified on 4/5/2012 (Refer to Court file for 2 Thumb Drives)(SPB). (Entered: 03/29/2012) |
| 03/29/2012 | 64 | NOTICE by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service *(Notice of Filing Index to Administrative Record)* (Attachments: # 1 Exhibit (Ex. 1-Certified Index and Privilege Log to Administrative Record))(Brown, Mark) (Entered: 03/29/2012) |
| 03/29/2012 | 65 | NOTICE by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service re 64 Notice (Other)Notice (Other) *(Notice of Conventional Filing of Administrative Record))* (Brown, Mark) (Entered: 03/29/2012) |
| 03/30/2012 | 66 | ORDER granting 58 Joint Motion for Entry of Scheduling Order. SEE ORDER FOR DEADLINES. Signed by Magistrate Judge Sheri Polster Chappell on 3/30/2012. (LMH) (Entered: 03/30/2012) |
| 04/12/2012 | 67 | MOTION to intervene by Florida Fish and Wildlife Conservation Commission. (Attachments: # 1 Appendix A)(Glogau, Jonathan) Motions |

| | | |
|---|---|---|
| | | referred to Magistrate Judge Sheri Polster Chappell. (Entered: 04/12/2012) |
| 04/12/2012 | 68 | REPORT AND RECOMMENDATION re 18 MOTION to dismiss Eighth Claim For Relief filed by United States Department of Interior, United States Fish and Wildlife Service, National Park Service. It is respectfully recommended Federal Defendants' Partial Motion to Dismiss Plaintiffs' Eighth Claim for Relief should be GRANTED. Signed by Magistrate Judge Sheri Polster Chappell on 4/12/2012. (LMH) (Entered: 04/12/2012) |
| 04/12/2012 | 69 | ANSWER and affirmative defenses to Complaint *of NPCA Et Al* by Florida Wildlife Federation.(Reese, Thomas) (Entered: 04/12/2012) |
| 04/12/2012 | 70 | ANSWER and affirmative defenses to Complaint *PEER Et Al* by Florida Wildlife Federation.(Reese, Thomas) (Entered: 04/12/2012) |
| 04/13/2012 | 71 | RESPONSE in opposition re 67 MOTION to intervene filed by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Eubanks, William) (Entered: 04/13/2012) |
| 04/20/2012 | 72 | Consent MOTION for miscellaneous relief, specifically Suspend Scheduling Order as to NPCA Plaintiffs' Eighth Claim for Relief by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Text of Proposed Order)(Porsia, Sara) (Entered: 04/20/2012) |
| 04/20/2012 | 73 | ENDORSED ORDER granting 72 Consent Motion to Suspend the Scheduling Order (Doc. #66) as to the NPCA Plaintiffs' Eighth Claim for Relief. For good cause shown and because the Motion is unopposed, the scheduling order with respect to NPCA Plaintiffs' Eighth Claim for Relief is suspended until such time as the District Court enters an order granting or denying the Federal Defendants' Partial Motion to Dismiss. NPCA Plaintiffs motion for summary judgment as to the eighth claim is due within 10 days of the District Court's ruling, if necessary. Signed by Magistrate Judge Sheri Polster Chappell on 4/20/2012. (BLW) (Entered: 04/20/2012) |
| 04/23/2012 | 74 | OBJECTION re 68 REPORT AND RECOMMENDATION re 18 MOTION to dismiss Eighth Claim For Relief filed by United States Department of Interior, United States Fish and Wildlife Service, National Park Service.REPORT AND RECOMMENDATION re 18 MOTION to dismiss Eighth Claim For Relief filed by United States Department of Interior, United States Fish and Wildlife Service, National Park Service.. (Rosenbaum, Robert) (Entered: 04/23/2012) |
| 04/25/2012 | 75 | MOTION to supplement of the record by John Adornato, III. (Attachments: # 1 Exhibit April 4, 2012 Letter, # 2 Exhibit April 10-11, 2012 emails, # 3 Exhibit April 19, 2012 Letter)(Rosenbaum, Robert) |

| | | (Entered: 04/25/2012) |
|---|---|---|
| 04/25/2012 | 76 | ORDER granting 67 Florida Fish and Wildlife Conservation Commissions Motion to Intervene. The FFWCC is admitted to this case as a party Defendant. FFWCC shall have up to and including May 4, 2012 to file its Answer or otherwise plead. Signed by Magistrate Judge Sheri Polster Chappell on 4/25/2012. (LMH) (Entered: 04/25/2012) |
| 04/26/2012 | 77 | OBJECTION re 68 REPORT AND RECOMMENDATION re 18 MOTION to dismiss Eighth Claim For Relief filed by United States Department of Interior, United States Fish and Wildlife Service, National Park Service.REPORT AND RECOMMENDATION re 18 MOTION to dismiss Eighth Claim For Relief filed by United States Department of Interior, United States Fish and Wildlife Service, National Park Service.. (Cohen, Kyle) (Entered: 04/26/2012) |
| 04/30/2012 | 78 | ANSWER to 1 Complaint by Florida Fish and Wildlife Conservation Commission.(Glogau, Jonathan) (Entered: 04/30/2012) |
| 05/04/2012 | 79 | RESPONSE to objections to 68 Report and Recommendations filed by John Adornato, III. (Rosenbaum, Robert) (Entered: 05/04/2012) |
| 05/07/2012 | 80 | RESPONSE to objections to 68 Report and Recommendations filed by National Park Service, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 05/07/2012) |
| 05/09/2012 | 81 | RESPONSE in opposition re 75 MOTION to supplement of the record *as to NPCA Plaintiffs Eighth Claim for Relief* filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Exhibit Exhibit A)(Porsia, Sara) (Entered: 05/09/2012) |
| 05/10/2012 | 82 | MOTION for leave to file to file reply brief *in support of DE #75* by John Adornato, III. (Rosenbaum, Robert) (Entered: 05/10/2012) |
| 05/10/2012 | 83 | MOTION to amend/correct 82 MOTION for leave to file to file reply brief *in support of DE #75* by John Adornato, III. (Rosenbaum, Robert) (Entered: 05/10/2012) |
| 05/10/2012 | 84 | ENDORSED ORDER granting 83 Motion for Leave to Amend. The Court will accept NPCA Plaintiffs' addendum to its Motion for Leave to File Reply Brief in Support of NPCA Plaintiffs' Motion re Supplementing the Eighth Claim Record. Signed by Magistrate Judge Sheri Polster Chappell on 5/10/2012. (BLW) (Entered: 05/10/2012) |
| 05/11/2012 | 85 | ENDORSED ORDER granting 82 Motion for Leave to File Reply Brief in Support of NPCA Plaintiffs' Motion re Supplementing the Eighth Claim for Relief. The Court notes the objections but finds good cause to allow NPCA Plaintiffs to file a reply brief of no more than 5 pages on or before May 14, 2012. Signed by Magistrate Judge Sheri Polster Chappell on 5/11/2012. |

| | | (BLW) (Entered: 05/11/2012) |
|---|---|---|
| 05/11/2012 | 86 | RESPONSE to objections to 68 Report and Recommendations *(reply in support)* filed by John Adornato, III. (Rosenbaum, Robert) COUNSEL notified that the incorrect event was used. Counsel re-docketed at 87 . Modified on 5/11/2012 (kma). (Entered: 05/11/2012) |
| 05/11/2012 | 87 | REPLY to response to motion re 75 MOTION to supplement of the record filed by John Adornato, III. (Rosenbaum, Robert) (Entered: 05/11/2012) |
| 05/11/2012 | 88 | MOTION for leave to file Two Page Reply Memorandum in Support of Objections to Report and Recommendations by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 05/11/2012) |
| 05/14/2012 | 89 | ENDORSED ORDER granting 88 Federal Defendants' Motion for Leave to File a Two Page Reply Memorandum in Support of Objections to the Magistrate Judge's April 12, 2012 Report and Recommendation. For good cause shown, the Federal Defendants shall be allowed to file a reply memorandum of no more than two pages. They shall have up to and including May 21, 2012 to do so. Signed by Magistrate Judge Sheri Polster Chappell on 5/14/2012. (Chappell, Sheri) (Entered: 05/14/2012) |
| 05/14/2012 | 90 | RESPONSE to objections to 68 Report and Recommendations *Reply Memorandum in Support of Federal Defendants' Objections* filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 05/14/2012) |
| 05/15/2012 | 91 | ORDER denying without prejudice 75 National Parks Conservation Association Plaintiffs' Motion to Compel Supplementation of the Administrative Record as to the Eighth Claim for Relief. Signed by Magistrate Judge Sheri Polster Chappell on 5/15/2012. (LMH) (Entered: 05/15/2012) |
| 05/16/2012 | 92 | MOTION for leave to file reply in support of objections to R&R by John Adornato, III. (Rosenbaum, Robert) (Entered: 05/16/2012) |
| 05/17/2012 | 93 | MOTION to modify ask leave to file errata *to motion for leave to file reply* by John Adornato, III. (Rosenbaum, Robert) (Entered: 05/17/2012) |
| 05/17/2012 | 94 | ENDORSED ORDER granting 93 Errata to NPCA Plaintiffs' Motion for Leave to File Reply Brief in Support of Their Objections to the Recommended Dismmissal of Their Eighth Claim. The Court will accept the additional information provided by the Plaintiffs. Signed by Magistrate Judge Sheri Polster Chappell on 5/17/2012. (BLW) (Entered: 05/17/2012) |
| 05/17/2012 | 95 | ENDORSED ORDER granting 92 NPCA Plaintiffs' Motion for Leave to File Reply in Support of Objections Concerning Eighth Claim. For good |

| | | cause shown, NPCA Plaintiffs may file a 9-page reply brief on or before May 21, 2012. Signed by Magistrate Judge Sheri Polster Chappell on 5/17/2012. (BLW) (Entered: 05/17/2012) |
|---|---|---|
| 05/17/2012 | 96 | RESPONSE to objections to 68 Report and Recommendations *(reply)* filed by John Adornato, III. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Rosenbaum, Robert) (Entered: 05/17/2012) |
| 05/30/2012 | 97 | MOTION to strike 96 Response to objections to report and recommendations *to the extent it cites to attached exhibits and to strike the exhibits themselves* by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 05/30/2012) |
| 06/07/2012 | 98 | RESPONSE in opposition re 97 MOTION to strike 96 Response to objections to report and recommendations *to the extent it cites to attached exhibits and to strike the exhibits themselves* MOTION to strike 96 Response to objections to report and recommendations *to the extent it cites to attached exhibits and to strike the exhibits themselves* filed by John Adornato, III. (Attachments: # 1 Exhibit)(Rosenbaum, Robert) (Entered: 06/07/2012) |
| 06/12/2012 | 99 | Joint MOTION to amend/correct 66 Order on motion for entry of a case management scheduling order/Case Management Report by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Eubanks, William) (Entered: 06/12/2012) |
| 06/14/2012 | 100 | ORDER granting 99 Joint Motion to Amend Scheduling Order. SEE ORDER FOR AMENDED DEADLINES. Signed by Magistrate Judge Sheri Polster Chappell on 6/14/2012. (LMH) (Entered: 06/14/2012) |
| 06/15/2012 | 101 | NOTICE by National Park Service, United States Department of Interior, United States Fish and Wildlife Service *(Notice of Filing Index to Supplemental Administrative Record)* (Attachments: # 1 Exhibit Ex. 1 -Certified Index to Supplemental Administrative Record)(Brown, Mark) (Entered: 06/15/2012) |
| 06/15/2012 | 102 | NOTICE by National Park Service, United States Department of Interior, United States Fish and Wildlife Service re 101 Notice (Other)Notice (Other) *(Notice of Conventional Filing of Supplemental Administrative Record)* (Brown, Mark) (Entered: 06/15/2012) |
| 07/30/2012 | 103 | Joint MOTION for summary judgment by All Plaintiffs. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit) (Rosenbaum, Robert) (Entered: 07/30/2012) |
| 08/01/2012 | 104 | SUMMARY JUDGMENT NOTICE re 103 Joint MOTION for summary judgment (SPB) (Entered: 08/01/2012) |

| 08/20/2012 | [105](#) | OPINION AND ORDER accepting and adopting [68](#) Report and Recommendations; denying as moot [97](#) Motion to strike; granting [18](#) Motion to dismiss and the Eighth Claim for Relief is dismissed for failure to state a claim. The Clerk shall withhold the entry of judgment until further order. Signed by Judge John E. Steele on 8/20/2012. (RKR) (Entered: 08/20/2012) |
| --- | --- | --- |
| 09/07/2012 | [106](#) | Cross MOTION for summary judgment *and Memorandum in Support of Motion* by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 09/07/2012) |
| 09/07/2012 | [107](#) | RESPONSE in opposition re [103](#) Joint MOTION for summary judgment filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 09/07/2012) |
| 09/20/2012 | [108](#) | Cross MOTION for summary judgment *and Memorandum in Support of Motion* by Safari Club International. (Burdin, Douglas) (Entered: 09/20/2012) |
| 09/20/2012 | [109](#) | RESPONSE in opposition re [103](#) Joint MOTION for summary judgment filed by Safari Club International. (Burdin, Douglas) (Entered: 09/20/2012) |
| 09/20/2012 | [110](#) | MOTION for summary judgment *and combined memorandum of law* by Florida Wildlife Federation. (Reese, Thomas) (Entered: 09/20/2012) |
| 09/20/2012 | [111](#) | MOTION for summary judgment *and MEMORANDUM IN SUPPORT THEREOF, AND MEMORANDUM IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGEMENT* by Florida Fish and Wildlife Conservation Commission. (Glogau, Jonathan) (Entered: 09/20/2012) |
| 10/12/2012 | [112](#) | NOTICE by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service *(Notice of Conventional Filing of Second Supplemental Administrative Record)* (Porsia, Sara) (Entered: 10/12/2012) |
| 10/12/2012 | [113](#) | NOTICE by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service *(Notice of Filing Index to Second Supplemental Administrative Record)* (Attachments: # [1](#) Exhibit 1, Certification)(Porsia, Sara) (Entered: 10/12/2012) |
| 10/26/2012 | [114](#) | REPLY to response to motion re [103](#) Joint MOTION for summary judgment *and opposition to Defendants' motions* filed by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 10/26/2012) |
| 11/30/2012 | [115](#) | REPLY to response to motion re [106](#) Cross MOTION for summary judgment *and Memorandum in Support of Motion* filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States |

| | | Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 11/30/2012) |
|---|---|---|
| 12/07/2012 | 116 | REPLY to response to motion re 108 Cross MOTION for summary judgment *and Memorandum in Support of Motion* filed by Safari Club International. (Burdin, Douglas) (Entered: 12/07/2012) |
| 12/07/2012 | 117 | REPLY to response to motion re 110 MOTION for summary judgment *and combined memorandum of law* filed by Florida Wildlife Federation. (Reese, Thomas) (Entered: 12/07/2012) |
| 12/21/2012 | 118 | NOTICE by National Parks Conservation Association *of submission of joint appendix* (Rosenbaum, Robert) (Entered: 12/21/2012) |
| 01/16/2013 | 119 | MOTION for Hearing re 110 MOTION for summary judgment *and combined memorandum of law*, 103 Joint MOTION for summary judgment, 109 Response in opposition to motion, 116 Reply to response to motion, 106 Cross MOTION for summary judgment *and Memorandum in Support of Motion*, 111 MOTION for summary judgment *and MEMORANDUM IN SUPPORT THEREOF, AND MEMORANDUM IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGEMENT*, 114 Reply to response to motion, 115 Reply to response to motion, 117 Reply to response to motion, 108 Cross MOTION for summary judgment *and Memorandum in Support of Motion*, 107 Response in opposition to motion by All Plaintiffs. (Rosenbaum, Robert) (Entered: 01/16/2013) |
| 01/16/2013 | 120 | RESPONSE in opposition re 119 MOTION for Hearing re 110 MOTION for summary judgment *and combined memorandum of law*, 103 Joint MOTION for summary judgment, 109 Response in opposition to motion, 116 Reply to response to motion, 106 Cross MOTION for summary judgment MOTION for Hearing re 110 MOTION for summary judgment *and combined memorandum of law*, 103 Joint MOTION for summary judgment, 109 Response in opposition to motion, 116 Reply to response to motion, 106 Cross MOTION for summary judgment MOTION for Hearing re 110 MOTION for summary judgment *and combined memorandum of law*, 103 Joint MOTION for summary judgment, 109 Response in opposition to motion, 116 Reply to response to motion, 106 Cross MOTION for summary judgment filed by Florida Wildlife Federation. (Reese, Thomas) (Entered: 01/16/2013) |
| 01/17/2013 | 121 | RESPONSE to motion re 119 MOTION for Hearing re 110 MOTION for summary judgment *and combined memorandum of law*, 103 Joint MOTION for summary judgment, 109 Response in opposition to motion, 116 Reply to response to motion, 106 Cross MOTION for summary judgment MOTION for Hearing re 110 MOTION for summary judgment *and combined memorandum of law*, 103 Joint MOTION for summary judgment, 109 Response in opposition to motion, 116 Reply to response to |

| | | motion, 106 Cross MOTION for summary judgment MOTION for Hearing re 110 MOTION for summary judgment *and combined memorandum of law*, 103 Joint MOTION for summary judgment, 109 Response in opposition to motion, 116 Reply to response to motion, 106 Cross MOTION for summary judgment filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 01/17/2013) |
|---|---|---|
| 01/18/2013 | 122 | REPLY to response to motion re 119 MOTION for Hearing re 110 MOTION for summary judgment *and combined memorandum of law*, 103 Joint MOTION for summary judgment, 109 Response in opposition to motion, 116 Reply to response to motion, 106 Cross MOTION for summary judgment MOTION for Hearing re 110 MOTION for summary judgment *and combined memorandum of law*, 103 Joint MOTION for summary judgment, 109 Response in opposition to motion, 116 Reply to response to motion, 106 Cross MOTION for summary judgment MOTION for Hearing re 110 MOTION for summary judgment *and combined memorandum of law*, 103 Joint MOTION for summary judgment, 109 Response in opposition to motion, 116 Reply to response to motion, 106 Cross MOTION for summary judgment filed by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 01/18/2013) |
| 01/31/2013 | 123 | REPORT AND RECOMMENDATIONS re 110 MOTION for summary judgment *and combined memorandum of law* filed by Florida Wildlife Federation, 103 Joint MOTION for summary judgment filed by National Parks Conservation Association, John Adornato, III, 106 Cross MOTION for summary judgment *and Memorandum in Support of Motion* filed by Daniel M. Ashe, United States Department of Interior, United States Fish and Wildlife Service, Jonathan B. Jarvis, Kenneth Salazar, National Park Service, 111 MOTION for summary judgment *and MEMORANDUM IN SUPPORT THEREOF, AND MEMORANDUM IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGEMENT* filed by Florida Fish and Wildlife Conservation Commission, 108 Cross MOTION for summary judgment *and Memorandum in Support of Motion* filed by Safari Club International. It is respectfully recommended that Plaintiffs' Joint Motion for Summary Judgment 103 be DENIED, Federal Defendants' Combined Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Joint Motion for Summary Judgment 106 be GRANTED, Defendant-Intervenor Safari Club International's Combined Cross-Motion for Summary Judgment/Memorandum in Support and Opposition to Plaintiffs' Joint Motion for Summary Judgment 108 be GRANTED, Florida Wildlife Federation's Cross-Motion for Summary Judgment and Combined Memorandum of Law in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiffs' Joint Motion for Summary Judgment 110 be |

| | | |
|---|---|---|
| | | GRANTED, Intervenor Florida Fish and Wildlife Conservation Commission's Motion for Summary Judgment, Memorandum in Support Thereof, and Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment 111 be GRANTED. Signed by Magistrate Judge Sheri Polster Chappell on 1/31/2013. (LMF) (Entered: 01/31/2013) |
| 02/06/2013 | 124 | MOTION for Extension of Time to File *objections to Report and Recommendation* by All Plaintiffs. (Rosenbaum, Robert) (Entered: 02/06/2013) |
| 02/06/2013 | 125 | ORDER granting 124 Motion for Extension of Time to File Objections and the time to file objections is extended through and including February 27, 2013. Signed by Judge John E. Steele on 2/6/2013. (RKR) (Entered: 02/06/2013) |
| 02/27/2013 | 126 | OBJECTION to Report and Recommendation by National Parks Conservation Association. (Rosenbaum, Robert) Modified on 2/28/2013, to correct docket entry- motion terminated per LC/RR. (SPB). (Entered: 02/27/2013) |
| 02/27/2013 | 127 | OBJECTIONS to the Report and Recommendation by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Eubanks, William) Modified on 2/28/2013, to correct D.E. event. (SPB). (Entered: 02/27/2013) |
| 03/07/2013 | 128 | Unopposed MOTION for Extension of Time to File Response/Reply as to 123 REPORT AND RECOMMENDATIONS re 110 MOTION for summary judgment *and combined memorandum of law* filed by Florida Wildlife Federation, 103 Joint MOTION for summary judgment filed by National Parks Conservation Association, John Adornato , *Defendants' Motion for Extension of Time to Respond to Plaintiffs' Objections to Report* by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Text of Proposed Order)(Porsia, Sara) (Entered: 03/07/2013) |
| 03/07/2013 | 129 | ENDORSED ORDER granting 128 Defendants' Unopposed Joint Motion for Extension of Time to Respond to Plaintiffs' Objections to the Magistrate Judge's January 31, 2013 Report and Recommendation. For good cause shown, the Federal Defendants shall have up to and including March 29, 2013 to file a combined memorandum of 40 pages in response to the objections filed by Plaintiffs. The Intervenor Defendants shall have up to and including April 5, 2013 to file a single memorandum of up to 20 pages in response to both sets of Plaintiffs' objections. Signed by Magistrate Judge Sheri Polster Chappell on 3/7/2013. (BLW) (Entered: 03/07/2013) |

| 03/29/2013 | 130 | RESPONSE to objections to 123 Report and Recommendations filed by National Park Service, United States Department of Interior, United States Fish and Wildlife Service. (Brown, Mark) (Entered: 03/29/2013) |
|---|---|---|
| 04/04/2013 | 131 | RESPONSE to objections to 123 Report and Recommendations filed by Florida Wildlife Federation. (Reese, Thomas) (Entered: 04/04/2013) |
| 04/05/2013 | 132 | RESPONSE to objections to 123 Report and Recommendations filed by Safari Club International. (Burdin, Douglas) (Entered: 04/05/2013) |
| 04/08/2013 | 133 | MOTION for leave to file reply brief in support of objections by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 04/08/2013) |
| 04/08/2013 | 134 | Unopposed MOTION for leave to file *reply brief of no more than 10 pages by April 18, 2013* by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, South Florida Wildlands Association, Wilderness Watch. (Eubanks, William) (Entered: 04/08/2013) |
| 04/09/2013 | 135 | ENDORSED ORDER granting 133 NPCA Plaintiffs' Motion for Leave to File Reply Brief in Support of Objections. For good cause shown, NPCA Plaintiffs may file a reply brief of no more than 15 pages on or before April 18, 2013. Signed by Magistrate Judge Sheri Polster Chappell on 4/9/2013. (BLW) (Entered: 04/09/2013) |
| 04/09/2013 | 136 | ENDORSED ORDER granting 134 PEER Plaintiffs' Unopposed Motion for Leave to File a Reply Brief of no More Than 10 Pages in Support of Their Objections. For good cause shown, PEER Plaintiffs' may file a reply brief of no more than 10 pages on or before April 18, 2013. Signed by Magistrate Judge Sheri Polster Chappell on 4/9/2013. (BLW) (Entered: 04/09/2013) |
| 04/18/2013 | 137 | REPLY to Response to Motion re 127 MOTION for summary judgment *and Objections to the Report and Recommendation* filed by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Eubanks, William) (Entered: 04/18/2013) |
| 04/18/2013 | 138 | RESPONSE to objections to 123 Report and Recommendations *reply brief* filed by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 04/18/2013) |
| 04/23/2013 | 139 | MOTION for leave to file Two-Page Surreply to Plaintiff National Parks Conservation Association's Reply on Objections to Report and Recommendation by Safari Club International. (Burdin, Douglas) (Entered: 04/23/2013) |
| 04/23/2013 | 140 | ENDORSED ORDER granting 139 Defendant-Intervenor Safari Club International's Motion for Leave to File a Two-Page Surreply to Plaintiff National Park Conservation Association's Reply to Objections to Report |

| | | |
|---|---|---|
| | | and Recommendation. For good cause shown, Safari Club may file a sur-reply brief not to exceed 2 pages on or before April 26, 2013. Signed by Magistrate Judge Sheri Polster Chappell on 4/23/2013. (BLW) (Entered: 04/23/2013) |
| 04/23/2013 | 141 | RESPONSE re 138 Response to objections to report and recommendations *(Surreply to Plaintiff NPCA's Reply on Objections allowed by Dkt. 140)* filed by Safari Club International. (Burdin, Douglas) (Entered: 04/23/2013) |
| 04/23/2013 | 142 | MOTION for leave to file Five Page Surreply to NPCA Plaintiffs' Reply Brief by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Text of Proposed Order)(Porsia, Sara) (Entered: 04/23/2013) |
| 04/24/2013 | 143 | RESPONSE in Opposition re 142 MOTION for leave to file Five Page Surreply to NPCA Plaintiffs' Reply Brief filed by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 04/24/2013) |
| 04/26/2013 | 144 | ORDER denying 142 Federal Defendants' Motion for Leave to File Five Page Surreply to Correct Four Misrepresentations in NPCA Plaintiffs' Reply Brief. Signed by Magistrate Judge Sheri Polster Chappell on 4/26/2013. (LMF) (Entered: 04/26/2013) |
| 05/22/2013 | 145 | NOTICE of hearing: Miscellaneous Hearing re: Oral Argument on all objections to R&R (Doc. #123) set for 6/14/2013 at 09:00 AM in Ft. Myers Courtroom 6 A before Judge John E. Steele. (BMA) (Entered: 05/22/2013) |
| 05/29/2013 | 146 | Case reassigned to Unassigned Magistrate pursuant to 2:13-mc-20-FtM-29. New case number: 2:11-cv-578-FtM-29UAM. Judge Sheri Polster Chappell no longer assigned to the case. (kma) (Entered: 05/29/2013) |
| 06/04/2013 | 147 | Unopposed MOTION for miscellaneous relief, specifically to Allow Laptop Computer and Cellular Telephones in United States Courthouse by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Text of Proposed Order)(Porsia, Sara) (Entered: 06/04/2013) |
| 06/06/2013 | 148 | Unopposed MOTION for miscellaneous relief, specifically to Allow Laptop Computer and Cellular Telephone in United States Courthouse by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Attachments: # 1 Text of Proposed Order) (Eubanks, William) (Entered: 06/06/2013) |
| 06/07/2013 | 149 | MOTION for miscellaneous relief, specifically leave to bring computer/cell phone to hearing by National Parks Conservation Association. (Attachments: # 1 Text of Proposed Order)(Rosenbaum, Robert) (Entered: 06/07/2013) |

| 06/10/2013 | 150 | ORDER granting 147 Motion to allow laptop computer and cellular telephones; granting 148 Motion to allow laptop computer and cellular telephone; granting 149 Motion to allow laptop computer and cellular telephone for oral arguments subject to security considerations. See Order for details. Signed by Judge John E. Steele on 6/10/2013. (RKR) (Entered: 06/10/2013) |
| --- | --- | --- |
| 06/14/2013 | 151 | Minute Entry. Proceedings held before Judge John E. Steele: HEARING re: Oral Argument on all objections to R&R (Doc. #123) held on 6/14/2013. The Court heard argument from counsel. Written order to follow. Counsel have until 7/15/2013 to file as to the ripeness issue. Court Reporter: Jeffrey G. Thomas (BMA) (Entered: 06/17/2013) |
| 06/17/2013 | 152 | Exhibit List by National Park Service. (BMA) (Entered: 06/17/2013) |
| 07/10/2013 | 153 | TRANSCRIPT of Oral Argument held on 06/14/13 before Judge John E. Steele. Court Reporter/Transcriber Jeffrey G. Thomas,Telephone number (239) 461-2033. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/31/2013, Redacted Transcript Deadline set for 8/12/2013, Release of Transcript Restriction set for 10/8/2013. (JGT) (Entered: 07/10/2013) |
| 07/10/2013 | 154 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Jeffrey G. Thomas (JGT) (Entered: 07/10/2013) |
| 07/15/2013 | 155 | PLAINTIFF'S BRIEF re 151 Miscellaneous Hearing *supplemental brief on ripeness and final agency action* filed by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 07/15/2013) |
| 07/15/2013 | 156 | PLAINTIFF'S BRIEF re 151 Miscellaneous Hearing *re: Ripeness* filed by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Attachments: # 1 Exhibit A)(Eubanks, William) (Entered: 07/15/2013) |
| 07/15/2013 | 157 | DEFENDANT'S BRIEF re 151 Miscellaneous Hearing *Supplemental Brief* filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Exhibit A - Excerpt from Hearing Transcript)(Porsia, Sara) (Entered: 07/15/2013) |

| 07/15/2013 | 158 | DEFENDANT'S BRIEF re 151 Miscellaneous Hearing *(Corrected) Supplemental Brief* filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Exhibit A - Excerpt from hearing transcript)(Porsia, Sara) (Entered: 07/15/2013) |
|---|---|---|
| 07/15/2013 | 159 | DEFENDANT'S BRIEF re 151 Miscellaneous Hearing *Supplemental Brief on Standing/Ripeness* filed by Safari Club International. (Burdin, Douglas) (Entered: 07/15/2013) |
| 07/15/2013 | 160 | MEMORANDUM in support re 158 Brief - Defendant filed by Florida Wildlife Federation. (Reese, Thomas) (Entered: 07/15/2013) |
| 07/19/2013 | 161 | MOTION to Strike 159 Brief - Defendant *or in the Alternative for Leave to File a Response* by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Attachments: # 1 Text of Proposed Order)(Eubanks, William) (Entered: 07/19/2013) |
| 07/22/2013 | 162 | MOTION for leave to file 5-page response on ripeness/standing by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 07/22/2013) |
| 07/23/2013 | 163 | ORDER denying as moot 161 Motion to Strike and 162 Motion for Leave to File. Any party asserting that this Court lacks subject matter jurisdiction for any reason shall file an appropriate motion to dismiss within fourteen (14) days of the date of this Order. Any parties opposing such motions shall file a response within fourteen (14) days of the filing of such motion(s). See Order for details. Signed by Judge John E. Steele on 7/23/2013. (SVC) (Entered: 07/23/2013) |
| 08/06/2013 | 164 | MOTION to dismiss for lack of jurisdiction by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Exhibit A)(Porsia, Sara) (Entered: 08/06/2013) |
| 08/06/2013 | 165 | MOTION to dismiss for lack of jurisdiction by Safari Club International. (Burdin, Douglas) (Entered: 08/06/2013) |
| 08/13/2013 | 166 | Unopposed MOTION to extend time to August 23, 2013 *to file response to pending motions to dismiss* by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Attachments: # 1 Text of Proposed Order)(Eubanks, William) (Entered: 08/13/2013) |
| 08/14/2013 | 167 | ORDER granting 166 Motion for a three-day extension of time to file opposition to motions to dismiss and the response shall be filed on or before August 23, 2013. Signed by Judge John E. Steele on 8/14/2013. (RKR) (Entered: 08/14/2013) |

| 08/20/2013 | 168 | RESPONSE in Opposition re 164 MOTION to dismiss for lack of jurisdiction , 165 MOTION to dismiss for lack of jurisdiction filed by National Parks Conservation Association. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit) (Rosenbaum, Robert) (Entered: 08/20/2013) |
| --- | --- | --- |
| 08/23/2013 | 169 | RESPONSE in Opposition re 164 MOTION to dismiss for lack of jurisdiction , 165 MOTION to dismiss for lack of jurisdiction filed by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Attachments: # 1 Exhibit 1, # 2 Attachment A, # 3 Attachment B, # 4 Attachment C, # 5 Attachment D)(Eubanks, William) (Entered: 08/23/2013) |
| 09/30/2013 | 170 | ORDER denying as moot 119 Motion for Hearing. Signed by Judge John E. Steele on 9/30/2013. (RKR) (Entered: 09/30/2013) |
| 10/08/2013 | 171 | NOTICE of supplemental authority by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Eubanks, William) (Entered: 10/08/2013) |
| 10/25/2013 | 172 | NOTICE of supplemental authority re 169 Response in Opposition to Motion, 137 Reply to Response to Motion by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Eubanks, William) (Entered: 10/25/2013) |
| 10/30/2013 | 173 | RESPONSE re 171 Notice of filing supplemental authority, 172 Notice of filing supplemental authority filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Attachments: # 1 Exhibit Ex.1-Amended Decision)(Brown, Mark) (Entered: 10/30/2013) |
| 01/08/2014 | 174 | NOTICE by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch *Notice of Filing* (Attachments: # 1 Exhibit 1, # 2 Attachment A, # 3 Attachment B, # 4 Attachment C, # 5 Attachment D, # 6 Attachment E, # 7 Attachment F, # 8 Attachment G)(Eubanks, William) (Entered: 01/08/2014) |
| 01/22/2014 | 175 | MOTION to Strike 174 Notice (Other) *or in the Alternative, Response to Notice* by Daniel M. Ashe, National Park Service. (Attachments: # 1 Affidavit)(Brown, Mark) (Entered: 01/22/2014) |
| 01/27/2014 | 176 | Case reassigned to Magistrate Judge Carol Mirando pursuant to 2:14-mc-1-FtM-29. New case number: 2:11-cv-578-FtM-29CM. Unassigned Magistrate no longer assigned to the case. (kma) (Entered: 01/27/2014) |

| 01/30/2014 | 177 | Unopposed MOTION to extend time to 2/12/14 *to file response to Federal Defendants' motion to strike* by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Eubanks, William) Motions referred to Magistrate Judge Carol Mirando. (Entered: 01/30/2014) |
|---|---|---|
| 01/31/2014 | 178 | RESPONSE re 175 MOTION to Strike 174 Notice (Other) *or in the Alternative, Response to Notice,* 174 Notice (Other) filed by National Parks Conservation Association. (Rosenbaum, Robert) (Entered: 01/31/2014) |
| 02/05/2014 | 179 | RESPONSE in Opposition re 175 MOTION to Strike 174 Notice (Other) *or in the Alternative, Response to Notice* filed by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Attachments: # 1 Exhibit A)(Eubanks, William) (Entered: 02/05/2014) |
| 02/07/2014 | 180 | ENDORSED ORDER granting 177 PEER Plaintiffs' Unopposed Motion for a One-Week extension of Time to File Their Response to the Motion to Strike. PEER Plaintiffs' Response is now due on or before February 12, 2014. Signed by Magistrate Judge Carol Mirando on 2/7/2014. (ALB) (Entered: 02/07/2014) |
| 02/12/2014 | 181 | NOTICE of supplemental authority by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch (Attachments: # 1 Exhibit A)(Eubanks, William) (Entered: 02/12/2014) |
| 06/20/2014 | 182 | NOTICE by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service re 164 MOTION to dismiss for lack of jurisdiction , 106 Cross MOTION for summary judgment *and Memorandum in Support of Motion Pursuant to Local Rule 3.01(h)* (Porsia, Sara) (Entered: 06/20/2014) |
| 06/24/2014 | 183 | NOTICE of supplemental authority re 169 Response in Opposition to Motion by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Attachments: # 1 Exhibit Slip Opinion) (Glitzenstein, Eric) (Entered: 06/24/2014) |
| 06/26/2014 | 184 | NOTICE of supplemental authority re 169 Response in Opposition to Motion by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Attachments: # 1 Exhibit B, # 2 Exhibit C)(Glitzenstein, Eric) (Entered: 06/26/2014) |
| 07/01/2014 | 185 | NOTICE of supplemental authority by National Parks Conservation Association. (Attachments: # 1 Supplement)(Rosenbaum, Robert) |

| | | (Entered: 07/01/2014) |
|---|---|---|
| 08/01/2014 | 186 | NOTICE by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service re 164 MOTION to dismiss for lack of jurisdiction , 106 Cross MOTION for summary judgment *and Memorandum in Support of Motion Pursuant to Local Rule 3.01(h)* (Porsia, Sara) (Entered: 08/01/2014) |
| 09/19/2014 | 187 | OPINION AND ORDER accepting and adopting in part and rejecting in part 123 Report and Recommendation; denying 103 Plaintiffs' Joint Motion for Summary Judgment; granting 106 Federal Defendants' Cross Motion for Summary Judgment; granting 108 Defendant-Intervenor Safari Club International's Motion for Summary Judgment; granting 110 Defendant-Intervenor Florida Wildlife Federation's Cross-Motion for Summary Judgment; granting 111 Defendant-Intervenor Florida Fish and Wildlife Conservation Commission's Motion for Summary Judgment; granting in part and denying in part 164 Federal Defendants' Motion to Dismiss for Lack of Jurisdiction; granting in part and denying in part 165 Defendant-Intervenor Safari Club International's Motion to Dismiss on Jurisdictional Grounds Motion; denying 175 Federal Defendants' Motion to Strike Peer Plaintiffs' "Notice of Filing." The Clerk is directed to enter judgment in Case No. 2:11-cv-578-FtM-29CM as set forth in paragraph 10 of this Opinion and Order. Judgment shall be entered in Case No. 2:11-cv-647-FtM-29CM as set forth in paragraph 11 of this Opinion and Order. The Clerk is further directed to terminate all pending motions and deadlines as moot and close the file. See Opinion and Order for details. Signed by Judge John E. Steele on 9/19/2014. (MAB) (Entered: 09/19/2014) |
| 09/25/2014 | 188 | JUDGMENT (Signed by Deputy Clerk) (SLU) (Entered: 09/25/2014) |
| 10/17/2014 | 189 | RULE 59(e) MOTION for Reconsideration re 187 Order on motion for summary judgment Order on Report and Recommendations Order on motion to dismiss/lack of jurisdictionOrder on Motion to Strike, 188 Judgment *BY THE PLAINTIFFS IN NO. 2-11-cv-647 (consolidated)* by Sierra Club, Florida Biodiversity Project, Public Employees for Environmental Responsibility, Brian Scherf, South Florida Wildlands Association, Wilderness Watch. (Eubanks, William) Modified on 10/20/2014 to edit docket text (SLU). (Entered: 10/17/2014) |
| 10/28/2014 | 190 | RESPONSE in Opposition re 189 MOTION for Reconsideration re 187 Order on motion for summary judgment Order on Report and Recommendations Order on motion to dismiss/lack of jurisdiction Order on Motion to Strike, 188 Judgment filed by Florida Wildlife Federation. (Reese, Thomas) Modified on 10/29/2014 to edit docket text (SLU). (Entered: 10/28/2014) |

| 11/03/2014 | 191 | RESPONSE in Opposition re 189 MOTION for Reconsideration re 187 Order on motion for summary judgmentOrder on Report and RecommendationsOrder on motion to dismiss/lack of jurisdictionOrder on Motion to Strike, 188 Judgment *BY THE PLAINTIFFS IN NO. 2-11-cv-647 (consolida* filed by Daniel M. Ashe, Jonathan B. Jarvis, National Park Service, Kenneth Salazar, United States Department of Interior, United States Fish and Wildlife Service. (Porsia, Sara) (Entered: 11/03/2014)* |
|---|---|---|
| 11/03/2014 | 192 | RESPONSE in Opposition re 189 MOTION for Reconsideration re 187 Order on motion for summary judgmentOrder on Report and RecommendationsOrder on motion to dismiss/lack of jurisdictionOrder on Motion to Strike, 188 Judgment *BY THE PLAINTIFFS IN NO. 2-11-cv-647 (consolida* filed by Safari Club International. (Burdin, Douglas) (Entered: 11/03/2014)* |
| 11/17/2014 | 193 | NOTICE OF APPEAL as to 188 Judgment by National Parks Conservation Association. Filing fee not paid. (Rosenbaum, Robert) (Entered: 11/17/2014) |
| 11/19/2014 | | APPEAL FEES paid by National Parks Conservation Association (Filing fee $505.00 receipt number FTM006976) (RMT) Modified on 11/20/2014, to correct docket entry (SPB). (Entered: 11/19/2014) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NATIONAL PARKS
CONSERVATION ASSOCIATION and
JOHN ADORNATO, III ,

      Plaintiffs,

v.                          Case No:  2:11-cv-578-FtM-29CM

UNITED STATES DEPARTMENT OF
INTERIOR, NATIONAL PARK
SERVICE and UNITED STATES FISH
AND WILDLIFE SERVICE,

      Defendants.

_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came before the Court and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order entered on

September 19, 2014, judgment is entered as follows:

    a.      Count One: In favor of Defendants and against Plaintiffs, who shall take nothing;

    b.      Count Two: The portions challenging the general adoptive management of the

ORV Plan and challenging secondary trails are dismissed without prejudice as being

unripe for judicial review. Judgment on the remainder of the Count is in favor of

Defendants and against Plaintiffs, who shall take nothing;

    c.      Count Three: In favor of Defendants and against Plaintiffs, who shall take

nothing;

    d.      Count Four: In favor of Defendants and against Plaintiffs, who shall take nothing;

e.      Count Five: In favor of Defendants and against Plaintiffs, who shall take nothing;

f.      Count Six: The portions challenging the secondary trails and hunting in the Addition are dismissed without prejudice as being unripe for judicial review. Judgment on the remainder of the Count is in favor of Defendants and against Plaintiffs, who shall take nothing;

g.      Count Seven: In favor of Defendants and against Plaintiffs, who shall take nothing;

h.      Count Eight: Dismissed pursuant to the Opinion and Order (Doc. #105) dated August 20, 2012.

September 25, 2014

SHERYL L. LOESCH, CLERK

s/S. Blake, Deputy Clerk

2

## CIVIL APPEALS JURISDICTION CHECKLIST

1.   **Appealable Orders**: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

    (a)   Appeals from final orders pursuant to 28 U.S.C. Section 1291: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636(c).

    (b)   In cases involving multiple parties or multiple claims, a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b), Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). A judgment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

    (c)   Appeals pursuant to 28 U.S.C. Section 1292(a): Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

    (d)   Appeals pursuant to 28 U.S.C. Section 1292(b) and Fed.R.App.P.5: The certification specified in 28 U.S.C. Section 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

    (e)   Appeals pursuant to judicially created exceptions to the finality rule: Limited exceptions are discussed in cases including, but not limited to: Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F. 2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199 (1964).

2.   **Time for Filing:** The timely filing of a notice of appeal is mandatory and jurisdictional. Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P.4(a) and (c) set the following time limits:

    (a)   Fed.R.App.P. 4(a)(1): A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing. Special filing provisions for inmates are discussed below.

    (b)   Fed.R.App.P. 4(a)(3): "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

    (c)   Fed.R.App.P.4(a)(4): If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

    (d)   Fed.R.App.P.4(a)(5) and 4(a)(6): Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

    (e)   Fed.R.App.P.4(c): If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3.   **Format of the notice of appeal**: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. See also Fed.R.App.P. 3(c). A pro se notice of appeal must be signed by the appellant.

4.   **Effect of a notice of appeal**: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).